UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTER LELCHOOK, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 10-1184 (RCL) |
| THE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On August 20, 2014, the Court ordered plaintiffs to show cause for their failure to comply with the Court's order to effect service upon defendants within 90 days of the amended complaint, May 7, 2014. Plaintiffs' response, ECF No. 20, states good cause for the delay. Accordingly, the Court's Order to Show Cause issued August 20, 2014 is hereby **VACATED**.

**SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge, on September 5, 2014.