UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTER LELCHOOK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 10-1184 (RCL) |
| ) | |
| THE CENTRAL BANK OF THE ISLAMIC ) | |
| REPUBLIC OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 22, 2014, the Court ordered plaintiffs to translate their complaint into Farsi and effect service upon defendants within 90 days of the date of the amended complaint, May 7, 2014. *See* ECF No. 18.  After a lengthy delay with no apparent action by plaintiffs, the Court ordered the plaintiffs to show cause why their complaint should not be dismissed for failure to prosecute. ECF No. 19.  The Court vacated the order after plaintiffs stated good cause for the delay and requested the Clerk to effect service on defendants pursuant to 28 U.S.C. § 1608(a)(3).  ECF No. 21.  The Clerk certified mailing the requested documents on September 16, 2014.

Nothing with regard to service was noted on the docket until August 2, 2015, when plaintiffs filed a response to the Court's Order to Show Cause why this case should not be dismissed for failure to serve defendants.  Plaintiffs responded that they have been unable to obtain confirmation from DHL whether service was properly effected.  It appears, however, that the lengthy delay is in large part a result of the plaintiffs' failure to promptly follow up with DHL regarding the status of service.

This case has been pending for over five years and has been marked by repeated delays. In nearly 28 years on the bench, the undersigned cannot recall a case pending for that length of time without service. The Court concludes that plaintiffs have failed to show cause for the serious lack of diligence exhibited in pursuing their claims. Therefore, this case shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The statute of limitations on plaintiffs' Foreign Sovereign Immunities Act claims appears not to have run. They may file a new case seeking recovery on these claims. The Court advises plaintiffs that they should exhibit greater diligence if they do so. Accordingly, it is hereby

**ORDERED** that this case shall stand **DISMISSED WITHOUT PREJUDICE**. The Clerk shall enter judgment in accord with this Order.

**SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge, on August 26, 2015.